UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTY L. SHELLMAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:21-cv-47

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks attorney fees pursuant to the Equal Access to Justice Act.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 31, 2022, recommending this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney fees (ECF No. 30) is GRANTED.  Plaintiff is awarded four thousand, nine hundred, thirty-four dollars and forty-eight cents ($4,934.48) pursuant to the EAJA.  The award will be paid directly to Plaintiff.

Dated:  February 15, 2022

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge