UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTY L. SHELLMAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:21-cv-47

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff file a motion for attorney fees pursuant to 42 U.S.C. § 406(b)..  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 27, 2022, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 36) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for attorney fees (ECF No. 34) is GRANTED.  Plaintiff's counsel is awarded six thousand, six hundred, thirty-two dollars and seventy-nine cents ($6,632.79) in fees pursuant to 42 U.S.C. § 406(b).

Dated:  January 12, 2023

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge